UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**CAMERON ANGEL BROWN, ESQ.**,

    Plaintiff,

vs.

**ALPHASENSE, INC.**,

    Defendant.

Case No.: 1:25-cv-05491

Pro Se Intake Unit
500 Pearl Street, Room 205
New York, NY 10007
(212) 805-0175
ProSe@nysd.uscourts.gov

*Re: Filing of Motion for Permission to E-File as Pro Se Party and Statement of Non-Opposition to Removal*

    **To the Clerk of Court:**

Enclosed for filing please find the following materials:

- Motion for Permission for Electronic Case Filing
- Proposed Order re ECF Access
- Statement of Non-Opposition to Removal
- Proposed Order re Removal Status
- Certificates of Service (2)
- Consent to Electronic Service

Dated: July 9, 2025

Respectfully Submitted,

_____
Cameron A. Brown, Esq.
(NY Bar No. 5575113)
1625 Eckington PL NE PH104
Washington, D.C. 20002
Tel:    (909) 833-5169
Email: cabrwn@gmail.com

*Pro Se Plaintiff*