UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X

CAMERON ANGEL BROWN, ESQ.,

                        Plaintiff,
      vs.

ALPHASENSE, INC.,                                   Case No.: 1:25-CV-05491

                        Defendant.

----------------------------------------------------------------X

## **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Cameron A. Brown
1625 Eckington PL NE
Washington, DC 20002
Tel.: (909) 833-5169

*Pro Se Plaintiff*

Plaintiff Cameron A. Brown hereby gives notice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), that this action is voluntarily dismissed **without prejudice**. Defendant has not served an answer or a motion for summary judgment, and Plaintiff therefore retains an absolute right to dismiss the action by notice alone.

This result is compelled by Rule 41(a)(1)(A)(i) and controlling Second Circuit authority. A Rule 12(b)(6) motion does not terminate a plaintiff's unilateral dismissal right, and a notice filed before an answer or summary-judgment motion is immediately effective without need for court action. See *Callanan v. Amtrak*, 2021 U.S. Dist. LEXIS 59312, at *2–4* (D. Conn. Mar. 29, 2021) (plaintiff "still has the right to voluntarily dismiss this action" because no answer or summary-judgment motion had been served) ; *Thorp v. Scarne*, 599 F.2d 1169, 1175–76 (2d Cir. 1979) (Rule 41(a)(1)(i) provides an "unfettered right" to dismiss; a notice filed before an answer or Rule 56 motion "itself closes the file," and the court "has no role to play").

Because neither prerequisite event under Rule 41(a)(1)(A)(i) has occurred, this dismissal is effective upon filing.

Dated: December 4, 2025  
Washington, D.C.

Respectfully submitted,

_____  
Cameron A. Brown

1625 Eckington Pl. NE  
Washington, DC 20002  
Tel.: (909) 833-5169  
Email: cabrwn@gmail.com

*Pro Se Plaintiff*